IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JUSTIN D. HURST**                                                                                   **PLAINTIFF**

v.                                                                                     No. 4:23-cv-00022-DMB-DAS

**PELICIA HALL, ET AL**                                                                           **DEFENDANT**

**ORDER REQUIRING PLAINTIFF TO SUBMIT
AMENDED COMPLAINT USING THE ENCLOSED
STANDARD FORM WITHIN 21 DAYS**

Justin D. Hurst has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, used the court's standard form for such complaints. The court uses these forms for the expeditious administration of § 1983 cases. As such, the plaintiff must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 30th day of January, 2023.

/s/ David A. Sanders
**DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE**